John Michael ARWOOD, Mary Long, et al, Plaintiffs–Appellants,

v.

CITY OF CORAL GABLES, a municipality, Defendant–Appellee.

No. 03–13795
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 12, 2005.

Teri Guttman Valdes, Teri Guttman Valdes, P.A., Miami, FL, for Plaintiffs–Appellants.

David C. Miller, James C. Crosland, Denise M. Heekin, Akerman Senterfitt, Miami, FL, for Defendant–Appellee.

Before TJOFLAT, DUBINA and BLACK, Circuit Judges.

PER CURIAM.

Appellants appeal the district court's grant of the City of Coral Gables' motion to dismiss their complaint. After reviewing the briefs and record on appeal, we affirm for the reasons stated in the district court's well-reasoned order dated May 14, 2003.[1]

AFFIRMED.

---

1. We reject Appellants' contention the district court erred by considering facts developed in

*Allocco v. Coral Gables*, 221 F.Supp.2d 1317 (S.D.Fla.2002), *aff'd* 88 Fed.Appx. 380 (Table)

(11th Cir.2003), in deciding the motion to dismiss, thus converting the motion to dismiss into a summary judgment motion. The district court considered facts from *Allocco* as they were identical to the allegations in the *Arwood* complaint or were relevant to the determination of whether there was any set of facts that could enable Appellants to amend their complaint to successfully withstand a motion to dismiss.